**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LASHALIA JENKINS | CIVIL ACTION NO. 26-0654 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| U S POSTAL SERVICE | MAGISTRATE JUDGE HORNSBY |

**JUDGMENT**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that this civil action is **DISMISSED WITHOUT PREJUDICE** for failure to make timely service.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 30th day of October, 2026.

S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE